# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on October 21, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in this case may be reviewed on the court's Electronic Case File System (ECF) using a PACER login and password at www.nysb.uscourts.gov or at any of the three divisions of the court during posted business hours. NOTE: The staff of the bankruptcy clerk's office and the U.S. trustee cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
NY Avenue Realty, LLC
1A Bush Lane
Spring Valley, NY 10977

| | |
|---|---|
| Case Number:<br>09–23985–rdd | Taxpayer ID/Employer ID/Other Nos.:<br>20–5022247 |
| Attorney for Debtor(s) (name and address):<br>Robert S. Lewis<br>Robert S. Lewis, Esq.<br>53 Burd Street<br>Nyack, NY 10960<br>Telephone number: (845) 358–7100 | Bankruptcy Trustee (name and address):<br>Marianne T. O'Toole<br>Marianne T. O'Toole, LLC<br>20 Valley Road<br>Suite One<br>Katonah, NY 10536<br>Telephone number: (914) 232–1511 |

## Meeting of Creditors

Date: **November 19, 2009**      Time: **01:30 PM**

Location: **United States Bankruptcy Court, SDNY, 300 Quarropas Street, Room 243A, White Plains, NY 10601–5008**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>300 Quarropas Street<br>White Plains, NY 10601<br>Telephone number: 914–390–4060 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Vito Genna |
| Hours Open: Monday – Friday 8:30 AM – 5:00 PM | Date: October 27, 2009 |

DO NOT BRING CELL PHONES TO THE COURTHOUSE.

**EXPLANATIONS** B9B (Official Form 9B) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office and the U.S. trustee cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0208-7          User: awilrodri          Page 1 of 1               Date Rcvd: Oct 27, 2009
Case: 09-23985                Form ID: b9b             Total Noticed: 7

The following entities were noticed by first class mail on Oct 29, 2009.
db           +NY Avenue Realty, LLC,   1A Bush Lane,   Spring Valley, NY 10977-1980
aty          +Robert S. Lewis,   Robert S. Lewis, Esq.,   53 Burd Street,   Nyack, NY 10960-3265
tr           +Marianne T. O'Toole,   Marianne T. O'Toole, LLC,   20 Valley Road,   Suite One,
               Katonah, NY 10536-2106
smg          +N.Y. State Unemployment Insurance Fund,   P.O. Box 551,   Albany, NY 12201-0551
smg           New York State Tax Commission,   Bankruptcy/Special Procedures Section,   P.O. Box 5300,
               Albany, NY 12205-0300
ust          +United States Trustee,   33 Whitehall Street,   21st Floor,   New York, NY 10004-2122
4999180      +JD Re & TSC Holdings, LLC,   c/o Riker Danzig Scherer Hyland,   One Speedwell Ave,
               Morristown, NJ 07960-6838

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 29, 2009**                    **Signature:** _Joseph Speetjens_